**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)**

**IN THE MATTER OF:**

Blair Nationwide Trucking Co., Inc.

Case No: 07-51982-tjt
Chapter: 11
Judge Thomas J. Tucker

_____/

**ORDER CONFIRMING PLAN
AND GIVING FINAL APPROVAL OF DISCLOSURE STATEMENT**

The amended plan under chapter 11 of the Bankruptcy Code filed by Blair Nationwide Trucking, Co., Inc., on November 19, 2007 (Docket # 65), and the Order further amending the plan, namely the "Order Authorizing Written Amendment to Disclosure Statement and Plan, Changing Deadlines for Returning Ballots and Filing Objections to Confirmation and/or Final Approval of Disclosure Statement, and Adjourning Confirmation Hearing Date," filed December 11, 2007 (Docket # 70, and together with Docket # 65, referred to below in this Order as "the Plan"), having been transmitted to creditors and equity security holders; and the Court having determined after holding a hearing on January 23, 2008 that the requirements for confirmation set forth in 11 USC § 1129 (a) have been satisfied,

IT IS ORDERED that:

1. The Plan is further amended to provide that the rate of interest to be paid to the Internal Revenue Service (Paragraph 4.1) is seven Percent (7%) and the Claims of the Unemployment Insurance Agency (Claim # 7)(Paragraph 4.2) shall be treated as set forth in the separate, stipulated order filed this date.

2. The Debtor's disclosure statement (Docket # 65, as modified and supplemented by the Order at Docket # 70) is given final approval under 11 U.S.C. § 1125(b) as containing adequate information.

2. The Plan, as modified by this Order, is confirmed.

.

**Signed on February 04, 2008**

                    **_/s/ Thomas J. Tucker_**
                    **Thomas J. Tucker
                    United States Bankruptcy Judge**