UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re

**Blair Nationwide Trucking Company, Inc.**

Case No. 07-51982
Chapter 11
HON.-Thomas J. Tucker

Debtor.
_____/

# Chapter 11 Final Report

The following is the report of payments to the Plan of Reorganization in the above-captioned matter **which was approved by the Court on** 2/4/08.

If distribution is to continue after entry of the final decree, the value reported on the closing report should be the values proposed to be paid in the confirmed plan.

**A. Priority Payments of Expenses of Administration**
   **(other than operating expenses)**

1. Trustee's commission (if any)     $ -0-
2. Accountant's fee     $ -0-
3. Auctioneer's fee     $ -0-
4. Appraiser's fee     $ -0-
5. Attorney for Creditors' Committee fee     $ -0-
6. Attorney for Trustee fee     $ -0-
7. Attorney for Debtor fee     $ 6,257.00
8. Other attorney fees     $ 3,000.- Not yet approved
9. Taxes, fines, penalties, etc.     $ -0-
10. Other (non-operating) expenses of Administration **must be itemized** *(including bond premiums paid by trustee, out-of-pocket expenses for attorneys and creditors' committees and costs associated with sale of property such as title insurance)*
    Specify: _____
    _____
    _____
        $ -0-

**Subtotal (Part A):** $ 9,257.-

B. Payments to Creditors: (Totals under each category is sufficient)

1. Post involuntary petition, pre-relief, etc. claims $ -0-
   (Section 507(a)(2))
2. Wages, etc. (This is part of operating expenses $ -0-
   and does not include wages paid to employees
   during Chapter 11) (Section 507(a)(3)) $ -0-
3. Contributions to employee benefit plans
   (Section 507(a)(4)) $ -0-
4. Deposits for undelivered service of property
   (Section 507(a)(6)) $ -0-
5. Taxes (Section 507(a)(7)) $ 12,359.13
6. Secured payments $ 154,756.95
7. Unsecured payments $ 23,163.32

Subtotal (Part B) $ 190,279.39

C. Other Payments

1. Surplus returned to debtor
   (When trustee is appointed) $ -0-

2. Amount paid to equity holders
   (Stockholders, option holders, etc.)
   pursuant to a confirmed Chapter 11 Plan $ -0-

Subtotal (Part C) $ _____

D. Operating Expenses Disbursed by Trustee

1. Actual business operation expenses such as
   wages during operation and inventory
   purchased during operation. $ 40,335.21

2. Other (Specify)
   _____
   _____ $ _____

Subtotal (Part D) $ 40,335.21

Total Distribution: $ 239,877.10

This statement is a true and accurate. I understand that any false statement may subject me to criminal penalty as set forth in 18 U.S.C. § 157. Wherefore, the above-named debtor having fully administered this estate, prays for entry of an order of final decree.

Reorganized debtor,

By _____

Title: President