# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re

**Blair Nationwide Trucking Company**

Debtor.

Case No. 07-51982
Chapter 11
HON. Thomas J. Tucker

## Post-Confirmation Report

This report must be filed with the United States Bankruptcy Court Clerk's Office and a copy is to be provided to: **Office of the United States Trustee, 211 West Fort Street - Suite 700, Detroit, MI 48226** by no later than the 20th day of each month.

For the Month of _Feb. 2008_     Confirmation Date:

| PLAN PAYMENTS MADE DURING THE MONTH: | MONTHLY TOTALS |
|---|---|
| Administrative Expenses: | $ 6,623.00 plus Indiana counsel fees due not paid |
| Secured Creditors: | $ 2,000.00 |
| Priority Creditors: | $ 1051.12 |
| Unsecured Creditors: | $ 3771.65 |
| Total Plan Payments: | $ ~~6822.77~~ — paid |

13445.77 — Due

| CASH FLOW REPORT: | |
|---|---|
| Total Receipts | $ 14386.11 |
| Total Disbursements including plan payments | $ 12,285.62 |
| Net (Total Receipts minus Total Disbursements) | $ -2899.51 |

United States Trustee Quarterly Fees are payable until a Chapter 11 case has been converted or dismissed, or until the case is closed by the Court.

This statement is a true and accurate reflection of the Post-Confirmation financial activity of the above-named debtor. I understand that any false statement may subject me to criminal penalties as set forth in 18 U.S.C. § 157.

Reorganized Debtor:

By _[signature]_